# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES MALONE**                                                                **PLAINTIFF**

**v.**                                   **4:20-CV-01499-ERE**

**KILOLO KIJAKZAI, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 15)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 7th day of September, 2021.


                                                            Billy Roy Wilson
                                                            UNITED STATES MAGISTRATE JUDGE